THE PEOPLE ex rel. JOHN T. RILEY, Respondent, *v.* WILLIAM WATSON et al., Appellants.

(Argued March 19, 1878; decided March 26, 1878.)

*Samuel Hand* for appellants.

*Isaac L. Sink* for respondent.

CHURCH, Ch. J., ANDREWS, MILLER and EARL, JJ., agree to affirm order.   No opinion.

For dismissal, ALLEN and RAPALLO, JJ.; FOLGER, J., dissents.

Order affirmed.

---

LUCY HOOLEY et al. *v.* ABRAHAM GIEVE et al.

EUGENE L. LYNCH, Receiver, etc., Appellant, *v.* JAMES E. VAIL, Jr., Respondent.

(Submitted March 19, 1878; decided March 26, 1878.)

*Stephen H. Olin* for appellant.

*R. P. Lee* for respondent.

Agree to affirm.   No opinion.
All concur.
Order affirmed.